1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   STILLPATH RETREAT CENTER LLC, a          No. C-15-1386 MMC
     California limited liability company,
12                                            **ORDER DIRECTING PLAINTIFF TO**
                 Plaintiff,                   **SUBMIT CHAMBERS COPY OF**
13                                            **DOCUMENT IN COMPLIANCE WITH**
        v.                                    **CIVIL LOCAL RULES AND THE**
14                                            **COURT'S STANDING ORDERS**
     COUNTY OF SAN MATEO, a California
15   municipality

16               Defendant.

17   _____/

18          On July 17, 2015, plaintiff electronically filed its First Amended Complaint.  Plaintiff

19   has violated the Civil Local Rules of this District and the Court's Standing Orders, however,

20   by failing "to provide for chambers a paper copy of each document that is electronically filed

21   . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil

22   Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

23          Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the

24   Court's Standing Orders by immediately submitting a chambers copy of the above-

25   referenced document.  Plaintiff is hereby advised that if it fails in the future to comply with

26   the Court's Standing Orders to provide a chambers copy of each electronically-filed

27   document, the Court may impose sanctions, including, but not limited to, striking from the

28   record any electronically-filed document of which a chambers copy has not been timely

United States District Court
For the Northern District of California

1   provided to the Court.

2   **IT IS SO ORDERED.**

3

4   Dated:  July 31, 2015

5                                               MAXINE M. CHESNEY
                                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28