1  DOWNEY BRAND LLP
   ANTHONY L. VIGNOLO (Bar No. 203933)
2  JENNIFER WILLIAMS (Bar No. 261037)
   AVALON J. FITZGERALD (Bar No. 288167)
3  3425 Brookside Road, Suite A
   Stockton, CA 95219-1757
4  Telephone: 209.473.6450
   Facsimile: 209.473.6455
5  avignolo@downeybrand.com
   jwilliams@downeybrand.com
6  afitzgerald@downeybrand.com

7  Attorneys for Plaintiff
   STILLPATH RETREAT CENTER LLC
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  STILLPATH RETREAT CENTER LLC, | Case No. 3:15-cv-01386-MMC |
| 14              Plaintiff, | **Disclosure of Non-Party Interested Entities or Persons (Local Rule 3-15)** |
| 15  v. | |
| 16  COUNTY OF SAN MATEO, | |
| 17              Defendant. | |

DOWNEY BRAND LLP (sidebar)

1421036.1

Pursuant to Civil L.R. 3-15, Stillpath Retreat Center, LLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Raymond L. Blatt

    Michael T. Blatt.

DATED: September 21, 2015        DOWNEY BRAND LLP

By: */s/ Avalon J. Fitzgerald*
    AVALON J. FITZGERALD
    Attorney for Plaintiff
    STILLPATH RETREAT CENTER LLC