1  DOWNEY BRAND LLP
   ANTHONY L. VIGNOLO (Bar No. 203933)
2  JENNIFER WILLIAMS (Bar No. 261037)
   AVALON J. FITZGERALD (Bar No. 288167)
3  3425 Brookside Road, Suite A
   Stockton, CA  95219-1757
4  Telephone: 209.473.6450
   Facsimile: 209.473.6455
5  avignolo@downeybrand.com
   jwilliams@downeybrand.com
6  afitzgerald@downeybrand.com

7  Attorneys for Plaintiff
   STILLPATH RETREAT CENTER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STILLPATH RETREAT CENTER LLC, | Case No.  3:15-cv-01386-MMC |
|---|---|
| Plaintiff, | **Rule 7.1 Disclosure Statement** |
| v. | |
| COUNTY OF SAN MATEO, | |
| Defendant. | |

1421115.1

Rule 7.1 Disclosure Statement

1   Pursuant to Federal Rule of Civil Procedure 7.1, Stillpath Retreat Center, LLC hereby
2   provides the following information: There is no parent corporation and any publicly held
3   corporation owning 10% or more of its stock.

4   DATED: September 21, 2015           DOWNEY BRAND LLP

6                                       By: */s/ Avalon J. Fitzgerald*
7                                           AVALON J. FITZGERALD
                                            Attorney for Plaintiff
8                                           STILLPATH RETREAT CENTER LLC

1421115.1

1

Rule 7.1 Disclosure Statement