IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STILLPATH RETREAT CENTER LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, a California municipality<br><br>    Defendant.<br>_____/ | No. C-15-1386 MMC<br><br>**ORDER DIRECTING PROPOSED INTERVENOR TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

    On October 30, 2015, American Addiction Centers, Inc. ("AAC") electronically filed its "Motion to Intervene Pursuant to FRCP 24; [Proposed] Complaint-in-Intervention."  AAC has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    AAC is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced motion and proposed complaint-in-intervention.  AAC is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to,

striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 9, 2015

MAXINE M. CHESNEY
United States District Judge