IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STILLPATH RETREAT CENTER LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN MATEO, a California municipality<br><br>　　　　Defendant. | No. C-15-1386 MMC<br><br>**ORDER GRANTING AMERICAN ADDICTION CENTERS, INC.'S MOTION TO INTERVENE; DIRECTIONS TO INTERVENOR; VACATING HEARING** |

　　　Before the Court is American Addiction Centers, Inc.'s ("AAC") "Motion to Intervene Pursuant to FRCP 24," filed October 30, 2015.  Plaintiff and defendant have each filed a statement of non-opposition.  Having read and considered the papers filed in support of and in response to the motion, the Court finds the matter suitable for decision thereon, VACATES the hearing scheduled for January 22, 2016, and, good cause appearing therefor, hereby GRANTS the motion to intervene.

　　　AAC is hereby DIRECTED to file its Complaint-in-Intervention no later than November 20, 2015.

　　　**IT IS SO ORDERED.**

Dated: November 17, 2015

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge