DOWNEY BRAND LLP
ANTHONY L. VIGNOLO (Bar No. 203933)
JENNIFER L. WILLIAMS (Bar No. 261037)
KARINA R. STANHOPE (Bar No. 307147)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
avignolo@downeybrand.com
jwilliams@downeybrand.com
kstanhope@downeybrand.com

Attorneys for Plaintiff
STILLPATH RETREAT CENTER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STILLPATH RETREAT CENTER LLC, Plaintiff, and AMERICAN ADDICTION CENTERS, INC., Plaintiff-Intervenor, v. COUNTY OF SAN MATEO, Defendant. | Case No. 3:15-cv-01386-MMC<br><br>**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 17, 2017<br>Time: 9:00 a.m.<br>Dept.: 7<br>Judge: Honorable Maxine Chesney<br><br>Trial: April 10, 2017<br>Filed: March 25, 2015 |
|---|---|

| Exhibit | Date | Description |
|---|---|---|
| 1. | 02-19-2016 | Excerpts of Deposition Transcript of Carole Groom |
| 2. | 01-21-2016 | Excerpts of Deposition Transcript of Warren Slocum |
| 3. | 08-22-2013 | Email from Warren Slocum to J.R. Rodine Re: Reconfirm Tuesday 8/27 @ 6:30 (Deposition Exhibit 77) |
| 4. | 02-09-2016 | Excerpts of Deposition Transcript of Gail Slocum |

| # | Date | Description |
|---|------|-------------|
| 5. | 01-19-2016 | Excerpts of Deposition Transcript of Mike Schaller, Volume I |
| 6. | 04-25-2006 | Letter from J.R. Rodine to Planning Commission Re: Executive Summary of Application (Deposition Exhibit 30) |
| 7. | 10-23-2013 | Memo to Planning Commission from Planning and Building Department Re: Consideration of Use Permit Amendment (Deposition Exhibit 45) |
| 8. | 04-24-2013 | Email from Ray Blatt to Mike Schaller Re: Stillheart Zoning Use Letter (Deposition Exhibit 12) |
| 9. | 02-02-2007 | Letter from Planning Commission Attaching Approval of 2007 Use Permit Amendment (Deposition Exhibit 36) |
| 10. | n/a | Overview and History of Stillheart Institute (Deposition Exhibit 159) |
| 11. | 12-05-2016 | Excerpts of Deposition Transcript of Debbie Gisonni |
| 12. | 10-13-2011 | Letter to J.R. Rodine from Planning & Building Department Re: Letter of Decision (Deposition Exhibit 37) |
| 13. | 10-23-2013 | Transcript from Planning Commission Meeting (Deposition Exhibit 42) |
| 14. | 01-20-2016 | Excerpts of Deposition Transcript of Dave Pine |
| 15. | 01-11-2016 | Excerpts of Deposition Transcript of Christopher Ranken |
| 16. | 03-24-2016 | Letter from Christian Marsh to Board of Supervisors Re: Use Permit Amendment, Stillpath Recover Center, PLN 2006-00181 (Deposition Exhibit 83) |
| 17. | 03-17-2014 | Interdepartmental Memo. to Board of Supervisors from Jim Eggemeyer Re: Public Hearing to Consider Appeals of the Planning Commission's Approval of the Amendment |
| 18. | 12-05-2013 | Email from Laurie Simonson to Dave Pine Re: Proposal for Drug Rehab Facility (Deposition Exhibit 48) |
| 19. | 10-17-2013 | Memo to J.R. Rodine and Ray Blatt from Mike Schaller Re: Letter from the Major of the City of Sausalito (Deposition Exhibit 41) |
| 20. | 07-29-2013 | Stillpath's Application for Use Permit Amendment (Deposition Exhibit 216) |
| 21. | 02-26-2016 | Excerpts of Deposition Transcript of Don Horsley |
| 22. | 11-04-2013 | Email to J.R. Rodine from Horsley Re: Skyline (Deposition Exhibit 142) |

| | | |
|---|---|---|
| 23. | 04-20-2016 | Excerpts of Deposition Transcript of J.R. Rodine |
| 24. | 12-12-2013 | Email from Don Horsley to Dave Pine Re: Proposal for Drug Rehab Facility on Skyline Blvd. Scenic Corridor (Deposition Exhibit 3) |
| 25. | 12-16-2013 | Email to Don Horsley from Leiv Lea Re: New Drug Rehab Center (Deposition Exhibit 113) |
| 26. | 12-23-2013 | Email from Ken Fisher to Don Horsley Re: Stillpath Recovery Center – Use Permit Amendment (PLN 2006-00181) (Deposition Exhibit 4) |
| 27. | 01-30-2014 | Email from Dave Pine to Don Horsley Re: California's Crowded Prisons (Deposition Exhibit 60) |
| 28. | 02-11-2016 | Excerpts of Deposition Transcript of Adrienne Tissier |
| 29. | Various | Invoices from J.R. Rodine to Ray and Michael Blatt for Consulting Services |
| 30. | 02-21-2014 | Email to Maltbie from Horsley Re: Stillpath (Deposition Exhibit 105) |
| 31. | 03-12-2014 | Email from Bob Floyd to Adrienne Tissier Re: Legal Assignment (Deposition Exhibit 61) |
| 32. | 02-06-2014 | Email to Ellen Wise from Horsley Re: Stillpath Letter of Decision: Attachment A – No Condition to Exclude Court Mandated Clients (Deposition Exhibit 111) |
| 33. | 01-27-2014 | Email to Rich Shapero from Horsley Re: Stillpath (Deposition Exhibit 112) |
| 34. | 03-24-2014 | Email from Dave Pine to David Burruto Re: Hearing on Stillpath Change of Use Tuesday March 25th (Deposition Exhibit 70) |
| 35. | 03-24-2014 | Email to Lisa Sonsini from Don Horsley Re: Hearing on Stillpath Change of Use Tuesday March 5th (Deposition Exhibit 117) |
| 36. | 03-27-2014 | Email to kon-tiki@netscape.com from Don Horsley Re: Stillpath (Deposition Exhibit 118) |
| 37. | 03-25-2014 | Transcript from Board of Supervisors' Regular Meeting (Deposition Exhibit 74) |
| 38. | 03-27-2014 | Letter from Heather Hardy to Ray Blatt Re: Final Letter of Decision (Deposition Exhibit 84) |
| 39. | 01-21-2014 | Email from Dawn Smithson to Mike Schaller Re: Still Heart/Still Path (Deposition Exhibit 80) |

DOWNEY BRAND LLP

| No. | Date | Description |
|---|---|---|
| 40. | 12-11-2013 | Email from Dawn Smithson to Mike Schaller Re: Still Heart/Still Path (Deposition Exhibit 81) |
| 41. | 03-23-2016 | Excerpts of Deposition Transcript of Mike Schaller, Volume II |
| 42. | 03-22-2016 | Excerpts of Deposition Transcript of Jim Eggemeyer |
| 43. | 05-04-2016 | County's Responses to Stillpath's Requests for Admission, Set Two |
| 44. | Various | Compilation of Relevant Discriminatory Correspondence to County (Deposition Exhibit 91) |
| 45. | 12-11-2013 | Supplemental Staff Report, including attachments, from County Planning Staff to Planning Commission for December 11, 2013, Hearing |
| 46. | 01-22-2014 | Supplemental Staff Report, including attachments, from County Planning Staff to Planning Commission for January 22, 2014, Hearing |
| 47. | 01-27-2014 | Letter to Ray Blatt from County of San Mateo Planning & Building Department Re: Letter of Decision |
| 48. | 01-30-2014 | Community of Interested Neighbors Application for Appeal, including attachments |
| 49. | 01-31-2014 | Skyline Neighborhood Coalition Application for Appeal, including attachments |
| 50. | Various | Compilation of Form-Like Correspondence to County in Opposition to Amendment |
| 51. | Various | Compilation of Correspondence to County in Support of Amendment |
| 52. | 11-21-2013 | Email to Don Horsley from J.R. Rodine Re: Ken Fisher |

DATED: January 13, 2017         DOWNEY BRAND LLP

By: */s/ Anthony L. Vignolo*
ANTHONY L. VIGNOLO
Attorneys for Plaintiff
STILLPATH RETREAT CENTER LLC