# Exhibit 44

927227.1

# Fwd: 'Stillpath'

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ██████████ |
| **Date:** | 2013/12/05 12:36 |
| **Subject:** | Fwd: 'Stillpath' |
| **Attachments:** | TEXT.htm |

>>>"Gene Chaput" <genechaput@sbcglobal.net> 12/5/2013 11:28 AM >>>
I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset. Fire concerns are legitimate and the facilities/property cannot co-exist with a drug treatment facility. Dr. Djerassi would be quaking in his boots. Thanks for your consideration.

Gene Chaput

Portola Valley, CA



EXHIBIT
91 - Tissier
Cea 2·11·16

CSM 002461

# Fwd: Rural drug rehab facility

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | |
| **Date:** | 2013/12/06 08:26 |
| **Subject:** | Fwd: Rural drug rehab facility |
| **Attachments:** | TEXT.htm |

>>>Larry Shane <lshane9605@gmail.com> 12/5/2013 5:59 PM >>>
Dear Supervisor Tissier:

I follow your work on the board as often as I find it reported in the local paper.

I just heard about the 76 bed drug rehab facility the Stillheart/Stillpath folks want to put on Skyline Blvd. My understanding is that the existing facility is a weekend executive retreat on Skyline Blvd. The application seeks to replace a part time facility with a full time, greatly enlarged program.

Wrong place for a commercial expansion of a rehab center. A facility this large should not be in a rural area as contemplated. I'd love to understand who is in favor of of the amendment to the Stillheart use permit to allow this and why?

Logically drug rehab patients aren't all going to successfully get off their addiction which means there will be a percentage of patients driving up to, along and down from Skyline blvd loaded. Not something I am in favor of trying for any reason. There are enough accidents along that corridor without our adding to the danger.

Best,

Larry Shane

# Fwd: 16350 Skyline Boulevard

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | |
| **Date:** | 2013/12/10 09:25 |
| **Subject:** | Fwd: 16350 Skyline Boulevard |
| **Attachments:** | TEXT.htm |

>>>"Rudy Driscoll" <Rudy@DriscollOfficeGroup.com> 12/9/2013 2:41 PM >>>
To whom it may concern:

I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community. The rehab center will increase the risk of fire danger and depending on method of transportation increase traffic hazards. The other side is that it will reduce property values long travel corridor to and from Stillpath. If 84 is used as a travel route this will add another level of concern for down town Woodside and the Elementary school.

Respectfully,

Rudy Driscoll, Jr.

Driscoll Office Group, LLC

2995 Woodside Road, Suite 450

Woodside CA 94062

Direct (650) 851-1261

Fax (650) 851-1798

Cell (650) 222-0775

Rudy@DriscollOfficeGroup.com

***** CONFIDENTIALITY NOTICE - Please read first *****

This e-mail message (and all attachments, if any) is intended only for the use of the individual or the authorized representative of the entity to which it is addressed, and may contain information which is confidential and protected from disclosure by law as proprietary information, legally privileged or otherwise. If you are not the intended recipient, you are hereby notified that you are not to read the contents and any use, disclosure, distribution or copying of the transmitted material is strictly prohibited. If you have received this e-mail message in error, please immediately contact the sender to confirm the deletion or destruction of this message and all copies.

CSM 002431

# Fwd: Proposed Stillpath Drug Rehab Center

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▮▮▮▮▮▮▮▮▮ |
| **Date:** | 2014/03/18 11:41 |
| **Subject:** | Fwd: Proposed Stillpath Drug Rehab Center |
| **Attachments:** | TEXT.htm |

>>>Joe Rockmore <rockmore79@gmail.com> 3/18/2014 11:15 AM >>>

i am a long time (36 years) resident of the Skyline corridor. i have seen many changes over the years, some for the better and some for the worse. i cannot imagine a more damaging change than allowing the Stillheart Meditation Center to become the Stillpath Drug Rehab Center.

i was a volunteer fire fighter (Kings Mountain Volunteer Fire Department, a unit of the San Mateo fire department) for 29 years, and i saw first hand the damage that a fire can do to our fragile ecosystem. i am most concerned about allowing guests at the rehab center to wander around the grounds smoking, not realizing, perhaps, that their cigarettes can start a wildland fire of significance. the owners say that smoking will be restricted, but i respectfully disagree with them that they will be able to control their guests in this manner. after all, they are in drug rehab due to substance dependence issues, and smoking is another form of substance abuse. with little control over the smoking of their guests, it is only a matter of time until a catastrophic fire will be caused by one of them.

i am also now and have been in the past on the Board of Directors of the Kings Mountain Fire Brigade, and i am acutely aware of the limitations of our water system. the extra demands placed on it by Stillpath are significant, and without a specific mitigation plan the potential for deleterious impact on the community is great.

traffic to and from the center is another area of concern to me, having responded to many vehicle accidents in my years on the fire department. the curve on which the entrance is located is dangerous, and delivery trucks and people not familiar with the area will create a hazardous situation.

i believe the Planning Commission was derelict in their duty to approve the permit to convert the property into a drug rehab center. please do not let this proceed in this manner.

…joe rockmore

CSM 002330

195 ware road

woodside, ca 94062

650/851-8703

CSM 002331

# Fwd: Still Path- Drug and Rehab Proj - Please Overturn Approval of Project

| From: | Adrienne Tissier |
|---|---|
| To: | |
| Date: | 2014/03/19 10:38 |
| Subject: | Fwd: Still Path- Drug and Rehab Proj - Please Overturn Approval of Project |
| Attachments: | TEXT.htm |

>>>"Karen Morrison" <karen.morrison43@comcast.net> 3/18/2014 3:24 PM >>>
Dear San Mateo County Board of Supervisors,

Dave Pine, Carole Groom, Don Horsley, Warren Slocum and Adrienne Tissier:

I am a resident of Kings Mountain along the Skyline Corridor. I have lived next to the Purisima Creek Open Space for 24 years. Every few years, we have county elections and I recognize several of your names as people for whom I have voted. Because I feel that fundamental connection, of participating in the elections when won you your seats, it makes my email to you more powerful and compelling for me.

I've not attended any of the prior meetings regarding the Stillpath Drug and Alcohol Rehab Project, however, I've read many of the proceedings. I thought, for certain, that the County Planning Commission would not approve of the project, given all of the reasonable objections. I am shocked that the commission accepted this proposal. This is why I'm writing to you today. I'm asking that you overturn this Stillpath Drug and Rehab proposal voted upon by the County Planning Board. This email is in support of the appeal that is coming up under your consideration. Please do the right thing for San Mateo County, our precious redwoods, and the Skyline community of residents.

This is a highly educated and environmentally focused community of people who have moved to this Skyline location because they treasure the gift and the beauty of the redwood trees. They have chosen to coexist in community with the redwoods in ways that preserve the redwoods' health and beauty. When they consider the possibility of the Stillpath Drug and Alcohol Rehab Center on Skyline, they have natural concerns. They are concerned about several issues, delineated in documents that you've read.....water availability, water pressure, and especially Fire which is always a concern on the mountain. Those people that I know who have testified with their own personal experiences are stellar community members – they are highly intelligent, well educated individuals who take time to think through the pros and cons of issues. And, furthermore, these individuals have taken time in our community to make it a safe and well connected, caring community.

I would like to comment on the fire concern. I am a Licensed Marriage and Family Therapist. I also hold a Certificate in Chemical Addiction. I've had some experience observing what goes on in a

CSM 002319

mental health facility where Detox and Rehab were one of the services. I've seen the anxiety levels of those who are taking on the challenge to go off drugs or alcohol or both. Anxiety is one of the biggest challenges for a recovering addict, and, cigarette smoking is often the drug of choice to help the addict get through the anxiety. It's true - one drug of choice is substituted for another (if not alcohol, then smoking). I haven't looked into it, but I don't know that there are any addiction rehab facilities that ban smoking for this very reason.

I'm concerned about the possibility of cigarette butts getting into the delicate, and dry, forest floor and causing an uncontrollable fire. Even if there were structural plans in this project to surround the smoking area with walls, the behavior of human beings can exceed all expectations and smoking rules can be broken - cigarette butts can be, inadvertently or purposefully, tossed over the walls etc. If cigarettes are allowed anywhere on this campus, there will be opportunities found by residents to grab a smoke in covert places, or, by visitors who may quietly secret away smoke as they're leaving the facility, going onto the parking lot.

On the face of it, it doesn't make any sense to me that San Mateo County would allow a smoking facility, housing many residents who are fragile and under treatment, to be established in a deeply wooded area with precious heritage trees that are most vulnerable to fire. This is my biggest concern. Yes, I believe we need beautifully equipped addiction and rehab facilities for addicted individuals. An ideal spot would be located in an area with environs of beauty that give the residents something of the world to focus upon as they heal Beauty and quiet can be healing factors. There are many spots on the Peninsula that have well established trees and plantings that would be perfect locations for a project like this one. But, these majestic redwoods - preserved for the ages by so many of the residents in this area, are far too fragile for that kind of potentially dangerous exposure. The redwoods' vulnerability has been entrusted to us, the residents, and to you, the Board of Supervisors.

I'm sure you know that the residents on Kings Mountain have made huge efforts in the last 50 years to provide fire protection for their redwoods and the homes they have built amongst them. 50 years ago, they built their own volunteer fire station and community center, purchased all of the fire trucks etc.- funded by their volunteer-run Kings Mountain Art Fair. Perhaps this is why the thought of a forest fire is so upsetting to the people here – they have worked for half a century to make certain we will be protected. But even with this kind of support, there are some fires, some weather conditions that can allow a fire to grow and build beyond what any fire brigade can handle. We want, first, to prevent fires.

The people on Skyline have a strong environmental commitment to preserve this space. We need good, solid decisions by our county government – by you, our Board of Supervisors. We need you to use foresight and caution as you consider this proposal and vote to overturn it. Please protect the treasure that we have - here in our Skyline corridor of San Mateo's Redwood Forest.

Thank you, in advance, for considering my thoughts,

Karen Morrison

248 Purisima Road

Woodside, CA 94062

650-851-5165

CSM 002321

# Fwd: GOOD JOB

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ███████████ |
| **Date:** | 2014/03/26 16:26 |
| **Subject:** | Fwd: GOOD JOB |
| **Attachments:** | TEXT.htm |

>>>Janet Davis <jadjadjad@sbcglobal.net> 3/26/2014 8:10 AM >>>
A friend told me you unanimously rejected the Stillpath development on Skyline. GOOD
DECISION. KQED radio broadcast a study stating that 12-step and similar programs for any
addiction had, at very best a 5%-10% success rate. $45,000/month for something that mostly
doesn't work is nuts.

# Fwd: Stillheart

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▮▮▮▮▮▮▮ |
| **Date:** | 2014/03/24 17:16 |
| **Subject:** | Fwd: Stillheart |
| **Attachments:** | TEXT.htm |

>>>"Brenda Herrington" <brenda@greatorgs.com> 3/24/2014 11:29 AM >>>
Dear Supervisors,

As a San Mateo County voter, I am very opposed to the conversion of Stillheart Meditation Center to Stillpath Drug and Alcohol Recovery Center.

The increased intensity of smoking – which is a given at a rehab facility – puts our entire forest at risk.

The water delivery system in this area was never designed for such heavy usage.

Why would you consider use of this kind of facility in this location when all kinds of use permit exceptions will have to be sought and granted? To serve the residents they claim to serve, they will be better served closer to town, in Redwood City or Menlo Park, where the appropriate use permits are already in place.

Brenda Herrington

Portola Valley

CSM 002146

# Fwd: Stillpath Drug Rehab Center in Woodside

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ███████████ |
| **Date:** | 2014/03/19 18:02 |
| **Subject:** | Fwd: Stillpath Drug Rehab Center in Woodside |
| **Attachments:** | TEXT.htm |

>>>chasen011 <chasen011@gmail.com> 3/19/2014 5:50 PM >>>
Please be aware that I am very opposed to the conversion of Stillheart Meditation Center to Stillpath Drug and Alcohol Recovery Center.

Below are some of the reasons why people think a drug rehab center does not belong on Skyline:

Skyline is our Yosemite. Our redwoods are the tallest trees in the world. People come here to bike, hike and escape the pressures of urban life. Proper stewardship of this resource includes restricting business usage. Stillpath is located in one of our most popular redwood forests—between the Purissima Creek preserve and Skylonda. The area is zoned RM (resource management). RM zoning seeks to protect areas like Skyline, allowing a single family home every 5 acres. Stillpath would be a 76 bed drug rehab center—one of the largest in CA. Does this kind of facility belong in San Mateo County's Yosemite? We believe that the definitions of RM zoning have been stretched to the breaking point by the Planning Commission.

Minimal Benefit to the Community. Stillpath has been portrayed by its owners as being of substantial benefit to San Mateo county residents. The Stillpath business, however, follows the "Malibu Rehab Model," which targets the hyper-rich. Stillpath intends to charge $45K/month for care. In responding to concerns about increased car traffic, Stillpath has said that many patients will be arriving by plane and transported to Stillpath by van. Based on this information, we do not believe Stillpath will be of benefit to many San Mateo County residents.

Future Surprises. The Stillheart meditation center wasn't financially viable, and neither was its predecessor, Skylonda, a lodge intended for corporate retreats. If Stillpath isn't successful as a rehab facility for the hyper-rich, what will be next? A court-mandated rehab facility? A prison? We would never have believed that our Planning Commission would have sanctioned the conversion of the Stillheart meditation center into a drug rehab facility. We believe our County has a responsibility to act as steward for this protected area. We believe it's time to draw the line.

Fire Hazard. Skyline is a high fire danger area. The Stillpath facility, as proposed, would allow smoking on the property.

Traffic. With up to 76 full-time residents, employees, and trucks for food and supplies, there will be a significant increase in traffic Woodside Road, 92, and Skyline Blvd. The Planning Department has acknowledged that the Stillheart bend on Skyline Blvd is a dangerous one.

CSM 002312

Best,

Chase Norfleet

CSM 002313

# Fwd: Stillpath Drug Rehab Center in Woodside

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▓▓▓▓▓▓▓▓▓▓ |
| **Date:** | 2014/03/19 18:02 |
| **Subject:** | Fwd: Stillpath Drug Rehab Center in Woodside |
| **Attachments:** | TEXT.htm |

>>>chasen011 <chasen011@gmail.com> 3/19/2014 5:50 PM >>>

Please be aware that I am very opposed to the conversion of Stillheart Meditation Center to Stillpath Drug and Alcohol Recovery Center.

Below are some of the reasons why people think a drug rehab center does not belong on Skyline:

Skyline is our Yosemite. Our redwoods are the tallest trees in the world. People come here to bike, hike and escape the pressures of urban life. Proper stewardship of this resource includes restricting business usage. Stillpath is located in one of our most popular redwood forests—between the Purissima Creek preserve and Skylonda. The area is zoned RM (resource management). RM zoning seeks to protect areas like Skyline, allowing a single family home every 5 acres. Stillpath would be a 76 bed drug rehab center—one of the largest in CA. Does this kind of facility belong in San Mateo County's Yosemite? We believe that the definitions of RM zoning have been stretched to the breaking point by the Planning Commission.

Minimal Benefit to the Community. Stillpath has been portrayed by its owners as being of substantial benefit to San Mateo county residents. The Stillpath business, however, follows the "Malibu Rehab Model," which targets the hyper-rich. Stillpath intends to charge $45K/month for care. In responding to concerns about increased car traffic, Stillpath has said that many patients will be arriving by plane and transported to Stillpath by van. Based on this information, we do not believe Stillpath will be of benefit to many San Mateo County residents.

Future Surprises. The Stillheart meditation center wasn't financially viable, and neither was its predecessor, Skylonda, a lodge intended for corporate retreats. If Stillpath isn't successful as a rehab facility for the hyper-rich, what will be next? A court-mandated rehab facility? A prison? We would never have believed that our Planning Commission would have sanctioned the conversion of the Stillheart meditation center into a drug rehab facility. We believe our County has a responsibility to act as steward for this protected area. We believe it's time to draw the line.

Fire Hazard. Skyline is a high fire danger area. The Stillpath facility, as proposed, would allow smoking on the property.

Traffic. With up to 76 full-time residents, employees, and trucks for food and supplies, there will be a significant increase in traffic Woodside Road, 92, and Skyline Blvd. The Planning Department has acknowledged that the Stillheart bend on Skyline Blvd is a dangerous one.

CSM 002312

Best,

Chase Norfleet

CSM 002313

# Fwd: Concerned woodside resident:

**From:** Adrienne Tissier
**To:** ▮▮▮▮▮▮▮▮▮▮
**Date:** 2014/03/20 09:40
**Subject:** Fwd: Concerned woodside resident:
**Attachments:** TEXT.htm, IMAGE.gif

>>>Bill Hopper <Bill_Hopper@equityoffice.com> 3/20/2014 7:45 AM >>>

I as a longtime resident (60 years) of The Skyline Corridor am strongly opposed the establishment of a drug rehab center in our community. Below are reasons why I think Stillpath does not belong on Skyline (all information is to the best of our knowledge): I am appalled and dismayed that our counties board of supervisors would even entertain the concept of such a commercial endeavor within this zone considered the land usage and zoning restrictions

• Skyline is our Yosemite.

Our redwoods are the tallest trees in the world. Skyline ridge is a precious wilderness resource. People come to bike, hike and escape the pressures of urban life. Proper stewardship of this resource includes restricting business usage.

Stillpath is located in the middle of one of our most-traveled redwood areas—between the Purissima Creek preserve and Skylonda. The area is zoned RM (resource management). RM zoning seeks to protect areas like Skyline, allowing a single family home every 5 acres. Stillpath, as proposed, would be a 76 bed drug rehab center—one of the largest in California. We don't believe that this kind of facility belongs in our Yosemite, and we believe that the definitions of RMzoning have been stretched to the breaking point by the Planning Commission. Members of our community have employed attorneys to argue the technical points surrounding zoning.

• Minimal Benefit to the Community.

Stillpath has been portrayed by its owners as being of substantial benefit to county residents. The Stillpath business, however, follows the "Malibu Rehab Model," which targets the hyper-rich. Stillpath intends to charge $45K/month for care. In responding to concerns about increased car traffic, Stillpath has said that many patients will be arriving by plane and will be transported to Stillpath by van. Based on this information, we do not believe Stillpath will be of benefit to many San Mateo County residents.

• Future Surprises.

The Stillheart meditation center wasn't financially viable, and neither was its predecessor, Skylonda, a lodge intended for corporate retreats. If Stillpath isn't successful as a rehab facility for the hyper-rich, what will be next? A court-mandated rehab facility? A prison?

We would never have believed that our Planning Commission would have sanctioned the conversion of the Stillheart meditation center into a drug rehab facility. We believe our County has a responsibility to act as steward for this wilderness area. We believe it's time to draw the line.

• Fire Hazard.

Skyline ridge is a high fire danger area. The Stillpath facility, as proposed,would allow smoking on the property.

• Traffic.

With 76 full-time residents, employees, and trucks for food and supplies, we areconcerned that we will see a significant increase in traffic on Skyline Blvd. The Planning Department has acknowledged that the Stillheart bend on Skyline Blvd is a dangerous one.

• Water Usage.

Stillpath would increase water usage significantly. We believe water supply and pressure problems may result.

Happy Trails,

Bill Hopper, Chief Engineer

Palo Alto Square

Clocktower Square

3000 El Camino Real

Bldg. 3 Suite 130

Office 650 815 4509

bill_hopper@equityoffice.com

—

This message is for the designated recipient(s) only and may contain privileged, proprietary, or otherwise confidential information. If you have received it in error, please notify the sender immediately and delete the original.

# Fwd: I am opposed to the Stillpath Rehab Center

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | █████████████ |
| **Date:** | 2014/03/20 12:44 |
| **Subject:** | Fwd: I am opposed to the Stillpath Rehab Center |
| **Attachments:** | TEXT.htm |

>>>Lisa Giarretto <lgiarretto@comcast.net> 3/20/2014 12:41 PM >>>
Dear Supervisors,

I am opposed to the proposed establishment of the rehabilitation center, Stillpath, just 1.5 miles from my home.

My family has lived on our property in Skylonda for more than 45 years, and we are already dealing with terrible traffic, motorcycle noise, bicycle, car, and motorcycle accidents that attract constant sirens and frequent road closures. The tranquil quality of life that we moved here for has diminished over the years, and we do not want to set a precedent that would allow other high-density businesses to operate in our neighborhood.

The proposed usage of this property is not in keeping with the rural atmosphere we so treasure. I agree with Sandy Shapero's comments (below) regarding the appeal.

We enjoyed Stillheart, and are sorry to see it be sold, and would welcome a similar usage of the property that Stillheart established, however.

Thank you for taking note of my vehement opposition to this proposal. Vote NO!

Lisa Giarretto

1655 La Honda Rd.

Woodside, CA 94062

Stillpath Drug Rehab Center in Woodside, appeal before Board of Supervisors on 3/2519 Mar

Sandy Shapero from Woodside

Dear neighbors,

San Mateo County Planning Commission approved a permit for the Stillheart meditation center on Skyline to be converted to a drug and alcohol rehab facility re-named Stillpath. The Board of Supervisors will review a legal appeal to overturn the approval next Tuesday, March 25 at 1:30 p.m. If you feel that the Stillpath proposal is ill-conceived, please write a quick email. You may not live in Woodside or on Skyline but it can affect you. Traffic on Woodside Road, the presence of a drug rehab center when you are up hiking in Wunderlich or Huddart or open space, FIRE hazard, potential impact on your fire and police protection, etc.

Below are some of the reasons why people think a drug rehab center does not belong on Skyline (all info is to the best of our knowledge):

Skyline is our Yosemite. Our redwoods are the tallest trees in the world. People come here to bike, hike and escape the pressures of urban life. Proper stewardship of this resource includes restricting business usage. Stillpath is located in one of our most popular redwood forests—between the Purissima Creek preserve and Skylonda. The area is zoned RM (resource management). RM zoning seeks to protect areas like Skyline, allowing a single family home every 5 acres. Stillpath would be a 76 bed drug rehab center—one of the largest in CA. Does this kind of facility belong in San Mateo County's Yosemite? We believe that the definitions of RM zoning have been stretched to the breaking point by the Planning Commission.

Minimal Benefit to the Community. Stillpath has been portrayed by its owners as being of substantial benefit to San Mateo county residents. The Stillpath business, however, follows the "Malibu Rehab Model," which targets the hyper-rich. Stillpath intends to charge $45K/month for care. In responding to concerns about increased car traffic, Stillpath has said that many patients will be arriving by plane and transported to Stillpath by van. Based on this information, we do not believe Stillpath will be of benefit to many San Mateo County residents.

Future Surprises. The Stillheart meditation center wasn't financially viable, and neither was its predecessor, Skylonda, a lodge intended for corporate retreats. If Stillpath isn't successful as a rehab facility for the hyper-rich, what will be next? A court-mandated rehab facility? A prison? We

would never have believed that our Planning Commission would have sanctioned the conversion of the Stillheart meditation center into a drug rehab facility. We believe our County has a responsibility to act as steward for this protected area. We believe it's time to draw the line.

Fire Hazard. Skyline is a high fire danger area. The Stillpath facility, as proposed, would allow smoking on the property.

Traffic. With up to 76 full-time residents, employees, and trucks for food and supplies, there will be a significant increase in traffic Woodside Road, 92, and Skyline Blvd. The Planning Department has acknowledged that the Stillheart bend on Skylline Blvd is a dangerous one.

CSM 002290

# Fwd: NO TO Stillpath in our neighborhood !!!

**From:** Adrienne Tissier
**To:** ███████████
**Date:** 2014/03/21 09:51
**Subject:** Fwd: NO TO Stillpath in our neighborhood !!!
**Attachments:** TEXT.htm

---

>>><ptpv98@gmail.com> 3/20/2014 10:55 PM >>>

Please be aware that I am very opposed to the conversion of Stillheart Meditation Center to Stillpath Drug and Alcohol Recovery Center !

A drug rehabilitation center is out of character for a rural area and would be at least 40 minutes from the nearest hospital.

The Skyline Scenic Corridor is a rare jewel. People come to bike, hike and enjoy the beautiful outdoors and redwoods. Our redwoods are the biggest trees in the world. We must protect this area today so it can become a unique treasure with 15-20 feet diameter trees for future generations. It's our duty to be responsible stewards of this treasure. A drug rehab center does not fit into that picture.

# Fwd: Opposed to Stillpath Drug Rehab Center

**From:**    Adrienne Tissier
**To:**    ██████████
**Date:**    2014/03/21 10:09
**Subject:**    Fwd: Opposed to Stillpath Drug Rehab Center
**Attachments:**    TEXT.htm

>>>Raymonde Guindon <rguindon@alumni.stanford.edu> 3/21/2014 10:06 AM >>>
I am STRONGLY opposed to the Stillpath Drug Rehab Center because of the increased fire hazard, increased crime, increased drain on water resources, and increased traffic.

Raymonde Guindon


--

Raymonde Guindon, Ph.D.

Consulting

User Interface &Software

Teaching Robotics

650-575-6984

# Fwd: opposition to Stillpath drug rehab center on Skyline

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ███████████ |
| **Date:** | 2014/03/24 17:14 |
| **Subject:** | Fwd: opposition to Stillpath drug rehab center on Skyline |
| **Attachments:** | TEXT.htm |

>>>Elizabeth Stangle <lizstangle@me.com> 3/24/2014 9:17 AM >>>

To whom it may concern, I have been a Woodside resident since 2007. I currently live on Tripp Rd and previously lived off Skyline. I am opposed to the conversion of Stillheart Meditation Center to Stillpath Drug and Alcohol Recovery Center. It is out of place with the rural and family landscape of the Skyline area. Furthermore there are not the facilities on Skyline to support such a facility. It will increase water usage causing water supply and pressure problems for the surrounding area. It seems too far away from a hospital as well.

Thank you,

Elizabeth Stangle

# Fwd: Stillpath Recovery Center

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▮▮▮▮▮▮▮ |
| **Date:** | 2014/03/20 10:48 |
| **Subject:** | Fwd: Stillpath Recovery Center |
| **Attachments:** | TEXT.htm |

>>>ruth <ruth.waldhauer3@gmail.com> 3/20/2014 10:34 AM >>>

March 16, 2014

Board of Supervisors

County Government Centers

Hall of Justice and Records

400 County Center

Redwood City, CA 94063

Dave Pine, dpine@smcgov.org

Carole Groom, cgroom@smcgov.org

Don Horsley, dhorsley@smcgov.org

Warren Slocum, wslocum@smcgov.org

Adrienne Tissier, atissier@smcgov.org

Dear Supervisors:

This letter is in reference to Planning Department File Number PLN2006-99182, Regarding the application to Stillpath Recovery Center, LLC to amend the CUP for the property at 16350 Skyline Boulevard, in unincorporated Woodside. In particular, this letter is in reference to the portion of the Planning Commission hearing that occurred on October 23, 2013 regarding this application.

CSM 002294

Staffing

The applicants were obviously dissembling with their staffing numbers at the Planning Commission hearing. according to the Department of Health and Human Services the median ratio of direct-care staff to clients for a non-hospital residential programs is 1:3. This does not include housekeeping, administration, maintenance, cooks, etc. Staffing as described by Stillpath, 6 full time and 6 part-time staff, is woefully inadequate to care for 76 patients. Given that Stillpath states 2 full time kitchen staff, 1 full time housekeeper, 1 full time grounds keeper/maintenance person, that leaves 2 full time and 6 part-time for direct care for 76 clients 24 hours/day.

Staffing is inadequate.

Stillpath is located in the middle of one of our most-traveled redwood areas—between the Purissima Creek preserve and Skylonda. The area is zoned RM (resource management). RM zoning seeks to protect areas like Skyline, allowing a single family home every 5 acres. Stillpath, as proposed, would be a 76 bed drug rehab center—one of the largest in California. I don't believe that this kind of facility belongs in our community. I believe that the definitions of RM zoning have been stretched to the breaking point by the Planning Commission. Members of our community have employed attorneys to argue the technical points surrounding zoning.

Fire Hazard

Skyline ridge is a high fire danger area. The Stillpath facility, as proposed,would allow smoking on the property. The County Fire Dept got involved fearing there would be no water to fight a fire during construction. They had to truck water in to fill the 100,000 gallon tank. And all this when they were running a couple of water hoses to keep the dust down.

Traffic

With 76 full-time residents, employees, and trucks for food and supplies, we are concerned that we will see a significant increase in traffic on Skyline Blvd. The Planning Department has acknowledged that the blind curve at the Stillheart gate on Skyline Blvd is a dangerous one.

Water Usage

Stillpath would increase water usage significantly. I believe water supply and pressure problems may result.

CSM 002295

Water, according to the staff report, is provided by an on-site well when in fact Stillheart water is provided by the Skyline Water District. Can Skyline Water District provide enough water for the proposed Stillpath? Has anyone asked Skyline Water District? Neighbors complain that in the past when Stillheart draws water, water pressure and the water supply is down to a trickle for neighbors downstream. No water for laundry, dishwashing, or showers. Neighbors can only draw a few drops for a glass of water to drink. Skyline Water District is at its limit of service. The water issue must be addressed.


Fire

Neighbors expressed concerns about the fire danger, especially in a facility that allows smoking of cigarettes and has no practical plan in place to prevent smoking on balconies , and in the private tree house rooms which overlook the forest. Patients in treatment are almost always frantically smoking. Patients are not familiar with the mountain environment, and do not understand fire safety requirements. This site is located in a very high fire danger area.


I urge you to see this application for what it is: a deceptive attempt. San Mateo Board of Supervisors,which is responsible to the people of the County, should require careful study of staffing and RM Zoning, fire hazard, increased traffic at a dangerous blind curve on Skyline, inadequate water supply, and fire danger increased by patients who are unfamilar with fire safe codes here in the Santa Cruz Mountains.


Respectfully,


Ruth Waldhauer

22400 Skyline Boulevard, Box 35

La Honda CA 94020

# Fwd: Supplement to Skyline Neighborhood Coalition's Appeal Re: Use Permit Amendment, Stillpath Recovery Center, PLN 2006-00181

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ████████████ |
| **Date:** | 2014/03/24 17:18 |
| **Subject:** | Fwd: Supplement to Skyline Neighborhood Coalition's Appeal Re: Use Permit Amendment, Stillpath Recovery Center, PLN 2006-00181 |
| **Attachments:** | TEXT.htm, IMAGE.gif, IMAGE.gif_1, Ltr to San Mateo County BOS 3-24-14.pdf |

>>>"Purvis, James M." <jpurvis@coxcastle.com> 3/24/2014 12:02 PM >>>
Dear Members of the Board of Supervisors,

Please find attached a letter in supplement to the Skyline Neighborhood Coalition's appeal of the Planning Commission's approval of the Stillpath Recovery Center, LLC use permit amendment, which is to be heard tomorrow, March 25.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Jimmy

**James M. Purvis**



COX CASTLE
NICHOLSON

*direct:* 415.263.5514 ¦ *cell:* 617.281.6499

jpurvis@coxcastle.com ¦ vCard ¦ bio ¦ website ¦

CSM 002138

Mail Attachment
Ltr to San Mateo County BOS 3-24-14.pdf



**COX CASTLE NICHOLSON**

**Cox, Castle & Nicholson LLP**
555 California Street, 10th Floor
San Francisco, California 94104-1513
P: 415.262.5100  F: 415.262.5199

Anne E. Mudge
415.262.5107
amudge@coxcastle.com

File No. 069010

March 24, 2014

Members of the Board of Supervisors, San Mateo County
County Government Center
455 County Center, 2nd Floor
Redwood City, CA 94063

Re:    Use Permit Amendment, Stillpath Recovery Center, PLN 2006-00181

Honorable Members of the Board of Supervisors:

On January 31, February 19, and March 20, 2014, this firm submitted an Application for Appeal and supporting materials on behalf of the Skyline Neighborhood Coalition in regards to the January 22, 2014 decision of the San Mateo Planning Commission to approve Stillpath Recovery Center, LLC's ("Stillpath") application for a use permit amendment at the current location of the Stillheart Institute, an existing meditation and retreat center at 16350 Skyline Boulevard ("Property").

**The Proposed Use Is Prohibited in the RM District**

Throughout the use permit amendment process, staff has asserted that the Stillpath facility is permitted within the RM District because it would be "functionally equivalent" to other uses allowed in the RM District with a use permit, namely, a "hospital," "rest home" or "sanitarium." (See section 6500(c) of the San Mateo County Zoning Regulations.)[1] The conclusion that Stillpath is allowed in this District because it is "like" some other use is plainly contradicted by the language and structure of the Zoning Regulations. Drug and alcohol treatment facilities are separately and discretely defined elsewhere in the Regulations, meaning they are to be treated as their own unique use category.

The Zoning Regulations define "Institutional Full-Time Care Facilities for Adults" as follows:

> Licensed facilities which provide 24-hour a day non-medical care and supervision to seven (7) or more adults including, but not limited to,

---

[1] More recently, in its March 17, 2014 staff report, staff asserts that the "proposal ... is considered similar to the existing retreat facility." (March 17, 2014 Staff Report at p. 4.)

Members of the Board of Supervisors, San Mateo County
March 24, 2014
Page 2

> individuals who are physically handicapped, mentally impaired,
> abused or recovering from alcohol or drug addictions.

(See, e.g., §§ 6263.2(29); 6290.2(13).) The Stillpath project fits precisely within this definition. Under the Zoning Regulations, Stillpath would be allowed in several districts within San Mateo County with a use permit, for example in the I/NFO District. (§ 6290.3.)

By contrast, full-time care facilities for drug and alcohol addiction are not allowed in the RM District, either by right or with a use permit. In the RM District, the Zoning Regulations allow 14 uses by right and 26 uses with a use permit. (§§ 6315, 6500.) None of these uses include "Institutional Full-Time Care Facilities for Adults." Nor can these addiction treatment centers be allowed in the RM zone based on the argument they are "similar to" other allowed uses. This conclusion is supported by the following:

- It is a maxim of regulatory interpretation that a specific provision will control over a general provision. (Civ. Code, § 1859; *People v. Superior Court* (2002) 28 Cal.4th 798.) Here, the Zoning Regulations contain a specific definition that includes facilities like Stillpath. This specific definition takes precedence over more general, undefined terms like "hospital," "rest home," and "sanatorium." When A has been given a unique definition, it must be assumed that A does not equal B, C and D.
- Second, the Zoning Regulations allow "Institutional Full-Time Care Facilities for Adults" in certain zoning districts but not in others. This is strong support for the conclusion that this use is not allowed just anywhere. Had San Mateo County wanted to allow "Institutional Full-Time Care Facilities for Adults" within the RM District, it certainly knew how to do so.
- Finally, the Zoning Regulations give the Planning Director discretion to allow "Other Compatible Uses" in certain zoning districts. But this wiggle-room language is absent from the RM District zoning regulations. (See § 6315.) The regulations do not give the County the ability to allow unspecified uses in the RM zone because they are "like" other uses.

A single conclusion is inescapable: the proposed Stillpath facility is not a permitted at this location because it is an "Institutional Full-Time Care Facility for Adults." Such facilities are allowed in a limited number of zoning districts in San Mateo County but not in the RM District.

CEQA Baseline

Contrary to staff's claim, the Planning Commission failed to apply the proper CEQA baseline in approving the "existing facilities" exemption from CEQA. Specifically, staff claims the Commission used the level of activity "currently . . . occurring on the project site" as the CEQA baseline. (See March 17, 2014 Staff Report at p. 9.) In fact, the transcript shows that the Planning Commission erroneously applied "the approved capacity" of the facility as the CEQA baseline. (See comments of Commissioner Dworetzky at January 22, 2014 Planning Commission Meeting, Transcript at 116:22-117:7 ("And as getting right down to the CEQA issue, it – it's sort of

Members of the Board of Supervisors, San Mateo County
March 24, 2014
Page 3

counterintuitive to me, although I'll certainly play by the law, that a few years ago *we approved a certain capacity* after an initial study and EIR, and a lot of the issues there that this applicant *has is either close to or actually even less*." [emphasis added]); comments of Commissioner Ramirez at January 22, 2014 Planning Commission Meeting, Transcript at 118:13-25("And so to me, it's pretty clear that based on *what was approved before, the capacity of this facility* right now would not really increase with the new use. . . . I don't think that this would, you know, would increase or harm any more than, you know, *what it was approved for.*" [Emphasis added.])  For purposes of applying the CEQA exemption, comparing the proposed use to some unachieved but approved capacity is simply wrong as a matter of law.  But even if the correct baseline were approved capacity (which it is not), the evidence failed to support the Commission's finding that Stillpath would represent "negligible or no expansion" of such use.  As we have shown elsewhere, the evidence showed that Stillpath would represent a very significant expansion/intensification of use compared to meditation/retreat center even at full capacity.  Under the facts presented, to exempt this project from CEQA review was clearly unauthorized.

### Over Time: An Alarming Intensification of Use

To the dismay and growing concern of its neighbors, the County has allowed the facility to be used for ever more intensive uses.  In 1991, the County approved it as a 15-guestroom fitness facility; in 2006, it was allowed to expand to a 36- guestroom retreat/meditation center, with light staffing, and average stays of 3 nights per guest, mainly on the weekends.  Now staff is recommending approval of a 24/7, highly staffed, water-consuming, fire risk-promoting, traffic-generating drug treatment center – all for a parcel staff concedes has one only **one density credit** under the RM zoning.  (March 17, 2014  Staff Report at p. 6.)  Not only would approving Stillpath at this location be bad public policy, it would be a violation of the County's Zoning Regulations.

There are other legal, appropriate, economically viable uses for this Property, including the Sobrato Foundation's recently restated interest in using the property as a retreat center for non-profit organizations.  We urge the Board to reverse the Planning Commission and deny the proposed use permit.

Sincerely,

Anne E. Mudge

AEM
069010\6072096v2

# Fwd: Letter to Board of Supervisors regarding Stillpath proposal - an item on your March 25th agenda.

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ████████ |
| **Date:** | 2014/03/24 15:28 |
| **Subject:** | Fwd: Letter to Board of Supervisors regarding Stillpath proposal - an item on your March 25th agenda. |
| **Attachments:** | TEXT.htm, Henry Miller letter to Board of Supervisors Stillpath.doc, Henry Miller letter to Planning Commission Stillpath.doc |

>>>"Dave Miller" <dmillercal@gmail.com> 3/23/2014 10:34 PM >>>
Board of Supervisors:

I am sending this email to submit a letter in opposition to the proposed Stillpath Drug Rehab Center; an item that you will be considering during your Tuesday March 25th meeting.

That letter is attached (as a Word document) and in addition I have attached a letter (a second Word document) I submitted to the Planning Commission on Oct 25th, 2013 when they were considering this proposal. I am attaching that letter because I was told that letters submitted to the Planning Commission on this topic are not forwarded to you for your review.

In addition to the attached letters, I am providing you the text of my March 23rd letter to you in the body of this email for your convenience.

Thanks you for taking the time to read both of my letters.

Sincerely

Henry. D. Miller

Henry D. Miller

421 Allen Rd.

Woodside, Ca. 94062

hdavidmiller@yahoo.com

March 23rd 2014

To: San Mateo County Board of Supervisors

Via: Email

CSM 002175

Re: Application from Stillpath Recovery Center LLP for a CUP amendment. Planning Dept file # PLN2006-00181.

San Mateo County Board of Supervisors

County Office Building

455 County Center

Redwood City, CA 94063

Dear Board of Supervisors:

My residence is less than ¾ of a mile from the proposed Stillpath facility and I have lived there for 42 years.

I wish to express my opposition to the proposal to convert the existing Stillheart facility to the Stillpath Recovery Center.

I have attended the Planning Commission hearings on this project and have reviewed the applicant's initial proposal and the subsequent revisions made by the applicant to both correct factual errors and amend their proposed operational plans and staffing levels.

Even with those adjustments, I believe the facility still adversely impacts our neighborhood and presents serious risks to our community.

•**Wildfire**:
•The applicant acknowledges that the facility will allow smoking and that over 75% of their client population will likely be smokers. Stillpath claims that they will confine the smoking to designated interior areas and maintain control over the smoking materials. However, the client population by definition has addictive behaviors and may be creative in obtaining smoking materials for use outside the designated locations and times.
•Even if the applicant amended his proposal to ban all smoking, I would still be concerned that the clients would surreptitiously obtain access to smoking materials and furtively smoke in the more remote areas of the facility.
•The facility is located in a redwood forest with highly flammable materials all around; particularly underneath the tree house cottages. A single errant cigarette flipped off a tree house balcony dropping into the redwood duff and other brush underneath the structure could easily trigger a major forest fire in an area that is already tinder dry from lack of rainfall.
•**Water Usage**
•The facility obtains their water from Cal Water, a community water district that services approximately 500 households.
•The facility's projected water use will adversely impact the other Cal Water households. Historically, even when the facility was running as Stillheart and not anywhere close to capacity occupancy, their usage often lowered water pressure in nearby residences to levels where

CSM 002176

normal activities such as running a washing machine were not viable.

- If Stillpath runs even close to full occupancy, I believe Cal Water may not be capable of supplying their daily needs and attempts to do so will cause major adverse consequences for the other water users on the system.
- From chatting with others in the community, it appears that Cal Water and Stillheart for a number of years have had meetings, conversations and even threatened legal actions over water availability and usage. It is purported that at times when the Cal Water supply was not adequate that the facility used water from the tank designated solely for fire suppression water; water that was potentially not even potable drinking water.

**•Client Safety**

- The area around the Stillpath property is laced with trails and old logging roads that go for miles across private lands and lands of the Mid Peninsula Regional Open Space District. When Stillheart and its predecessor owners were operational, my neighbors and I have encountered and assisted clients from those facilities who had gotten lost wandering in the woods having strayed from the marked trails that are on the Stillpath property. They have showed up on our properties lost and needing help in returning to the facility.
- That risk still persists with Stillpath and may be greater if their clients have a greater predisposition to wander off into the surrounding forest.

I have numerous other concerns about the applicant's proposal such as the accuracy of projected staffing levels and the possibility that daily waste water amounts at full occupancy may exceed their water treatment facility capacity. However, the three items that I mentioned in detail above are my major concerns.

I am told that materials submitted to the Planning Commission are not forwarded to you for your review so I am also submitting my October 25th, 2013 letter to the Planning Commission so that you may read it as well as part of your consideration.

Thank you for taking the time to read my comments and incorporating them into your decision making process.

Sincerely

Henry. D. Miller

CSM 002177

Henry D. Miller
421 Allen Rd.
Woodside, Ca. 94062
hdavidmiller@yahoo.com

March 23rd 2014

To: San Mateo County Board of Supervisors

Via: Email

Re: Application from Stillpath Recovery Center LLP for a CUP amendment.  Planning
Dept file # PLN2006-00181.

San Mateo County Board of Supervisors
County Office Building
455 County Center
Redwood City, CA 94063

Dear Board of Supervisors:

My residence is less than ¾ of a mile from the proposed Stillpath facility and I have lived
there for 42 years.

I wish to express my opposition to the proposal to convert the existing Stillheart facility
to the Stillpath Recovery Center.

I have attended the Planning Commission hearings on this project and have reviewed the
applicant's initial proposal and the subsequent revisions made by the applicant to both
correct factual errors and amend their proposed operational plans and staffing levels.

Even with those adjustments, I believe the facility still adversely impacts our
neighborhood and presents serious risks to our community.

- **Wildfire**:
  - The applicant acknowledges that the facility will allow smoking and that
    over 75% of their client population will likely be smokers.  Stillpath
    claims that they will confine the smoking to designated interior areas and
    maintain control over the smoking materials.  However, the client
    population by definition has addictive behaviors and may be creative in
    obtaining smoking materials for use outside the designated locations and
    times.
  - Even if the applicant amended his proposal to ban all smoking, I would
    still be concerned that the clients would surreptitiously obtain access to

CSM 002178

smoking materials and furtively smoke in the more remote areas of the facility.
- The facility is located in a redwood forest with highly flammable materials all around; particularly underneath the tree house cottages. A single errant cigarette flipped off a tree house balcony dropping into the redwood duff and other brush underneath the structure could easily trigger a major forest fire in an area that is already tinder dry from lack of rainfall.

- **Water Usage**
  - The facility obtains their water from Cal Water, a community water district that services approximately 500 households.
  - The facility's projected water use will adversely impact the other Cal Water households. Historically, even when the facility was running as Stillwater and not anywhere close to capacity occupancy, their usage often lowered water pressure in nearby residences to levels where normal activities such as running a washing machine were not viable.
  - If Stillpath runs even close to full occupancy, I believe Cal Water may not be capable of supplying their daily needs and attempts to do so will cause major adverse consequences for the other water users on the system.
  - From chatting with others in the community, it appears that Cal Water and Stillheart for a number of years have had meetings, conversations and even threatened legal actions over water availability and usage. It is purported that at times when the Cal Water supply was not adequate that the facility used water from the tank designated solely for fire suppression water; water that was potentially not even potable drinking water.

- **Client Safety**
  - The area around the Stillpath property is laced with trails and old logging roads that go for miles across private lands and lands of the Mid Peninsula Regional Open Space District. When Stillheart and its predecessor owners were operational, my neighbors and I have encountered and assisted clients from those facilities who had gotten lost wandering in the woods having strayed from the marked trails that are on the Stillpath property. They have showed up on our properties lost and needing help in returning to the facility.
  - That risk still persists with Stillpath and may be greater if their clients have a greater predisposition to wander off into the surrounding forest.

I have numerous other concerns about the applicant's proposal such as the accuracy of projected staffing levels and the possibility that daily waste water amounts at full occupancy may exceed their water treatment facility capacity. However, the three items that I mentioned in detail above are my major concerns.

I am told that materials submitted to the Planning Commission are not forwarded to you for your review so I am also submitting my October 25th, 2013 letter to the Planning Commission so that you may read it as well as part of your consideration.

Thank you for taking the time to read my comments and incorporating them into your decision making process.


Sincerely

Henry. D. Miller

CSM 002180

Henry D. Miller
421 Allen Rd.
Woodside, Ca. 94062
hdavidmiller@yahoo.com

Oct 25th, 2013

To: San Mateo County Planning Commission members and Mr. Michael Schaller Senior Planner.

Re: Application from Stillpath Recovery Center LLP for a CUP amendment.  Planning Dept file # PLN2006-00181.

San Mateo County Planning & Building Department
County Office Building
455 County Center
Redwood City, CA 94063

Dear Planning Commissioners & Mr. Schaller:

I attended the hearing on Oct 23rd, but did not speak because I felt my concerns were being adequately expressed by all of my neighbors.

First, I'd like to thank all of you for attentively listening to our concerns about the Stillpath application and recommending a continuance to December to provide time so that additional information could be collected by staff from the applicant and other sources to address the issues discussed in the public session.

In this letter, I'd like to focus on fire safety and client safety and security: my two biggest concerns.  Both of these items also tie back to adequate supervision and therefore levels of staffing (both clinical and support) appropriate for the number of clients at the facility; particularly since the facility will permit smoking.

**Summary of my requests:**

1) Have Cal Fire work with applicant to prepare a vegetation management plan focused on reducing the risk of fire; with particular emphasis on minimizing risks from careless smokers.
    a. Consider a fire break around the perimeter of the property to prevent a small fire from spreading into the adjacent forest before firefighters arrive.
    b. Consider removal of all flammable vegetation around and under the tree-houses so that cigarettes accidentally dropped over the balconies won't land in tinder dry, easily ignited forest duff on the steep slopes upon which the tree-houses are constructed.

    c.  Review the water storage capacity and public water hydrant flow rate to assure an adequate fire suppression capability for the proposed use.

2) Have staff work with applicant to prepare a plan to reroute all hiking trails so they are only on Stillpath property and remove any links to other trails that lead to adjacent properties.

3) Have staff work with applicant to present a staffing plan that adequately addresses both the infrastructure and professional services requirements for the anticipated client population.

    a.  Provide details of the staffing plan to show the breakdown between clinical professionals and support staff (maintenance, housekeeping, dining and security).

    b.  Provide details of the staffing plan for all 3 shifts for all 7 days.

**Details of my concerns.**

I was very confused by the discussion of staffing between the applicant and Ms. Slocum and felt that the staffing numbers provided by the applicant were somewhat vague both in the detail of the roles (professional versus non-professional) and the quantities per shift.

The applicant referred to the Alta Mira facility in Sausalito as a comparable business model to their plan for Stillpath (with the exception of out-patient services) so I spent some time reviewing online materials related to that operation.

It appears the Alta Mira base program runs 35 days for an initial fee of approximately $50,000 and most individuals stay for a longer period. Clients paying $1500/day will expect not only a high level of personalized professional treatment, but equally high levels of customer service in non professional areas such as housekeeping and dining. This would appear to require higher staffing levels rather than minimal staffing.

From the Alta Mira website we find a summary of their primary care program (see below) that reflects a high service level.

**Key elements:**

- Complete medical history and diagnostic workup
- Extensive psychological and personality testing
- Individualized treatment and post-treatment plans
- Minimum of three individual therapy sessions per week
- Collaboration with referral source, family members
- Daily group therapy; multiple weekly educational seminars

For example, if Stillpath emulates Alta Mira's therapy schedule and has on average 60 people in residence (80% occupancy), and if you assume that an individual therapy session lasts one hour, then for three sessions/week you need 180 hours/week (or 4 & 1/2 professionals) just for personal therapy sessions. The other supporting professional

CSM 002182

services including group activities, testing, and reviews probably consume several more professional staff.

Also, Alta Mira has family weekend programs to support their clients. If Stillpath intends to also have family programs, what load does that place on staff on the weekends and what is the impact on the parking facilities since I assume family members will be driving themselves to Stillpath.

Supporting services such as dining staff to plan, prepare and serve 180 client meals daily (60 times 3) plus meals for staff and housekeeping to service, and maintain 30 or more single and double occupancy rooms will add to the daytime headcount. In addition, you need staff to operate, maintain and repair the facility, including the pool, spa, and other specialized items.

Equally as important, you need to provide sufficient staff in the evening and overnight to ensure the safety of the clients and the security of the facility. This is challenging because, as was discussed at the meeting, clients will be walking to/from the main facility to the 12 "tree-houses" dispersed around the perimeter of the property built on steep slopes with a fuel rich, forest floor below. Any ignited object such as a cigarette flicked over a tree house balcony to the dry forest duff below could trigger a fire that would likely not be quickly discovered by staff situated in the main building and given the rugged terrain under the tree-houses would be very difficult to quickly contain and extinguish before it spread into the adjacent heavy forest.

Implementation of the vegetation management plan I suggest in my summary may require coordination with Mr. Eberhard since I believe several of the tree-houses are located very close to his property line and an adequate fire-break or removal of flammable vegetation around and under the tree-houses may require activities on or access to/from his property.

I also found a website (www.thefix.com) that focuses on addiction and recovery and as part of its content purports to review rehab facilities using information obtained from former clients of the facilities. In mid 2012 it published a review of Alta Mira. (http://www.thefix.com/content/alta-mira0009).

Two items in the review caught my attention and are quoted below.

- The only thing residents have in common is income: "Most seemed affluent," said one resident of his fellows. Less generously, another accused Alta Mira of hosting "lots of rich people's kids with senses of entitlements."

- Non-medical staff, meanwhile, relate to residents in a respectful, empathetic manner, treating them like adults rather than kids—and reportedly are pretty chill, except when hitting off-site meetings, which "stressed staff out," said one alumni. "Some people would bolt or try to deviate."

A sense of entitlement may not be the ideal personality trait to respond properly to admonitions to confine smoking to designated areas or to remain on property.

People who may have a tendency to bolt during off-site opportunities may not respond well to rules about not leaving an unfenced property to go walking on trails deep into the woods on adjacent property.

Both of the above client feedback items again highlight the need for staffing adequate to provide client supervision and security during all 3 shifts.

As the staff prepares materials for the December meeting, I'm sure all of the neighbors would appreciate receiving drafts of reports or other similar items as early in the process as practical so that we may provide our feedback and perspective to staff. That would facilitate resolution by providing an opportunity for all interested parties to review items in advance rather than having to react within a very short time-frame as we experienced before the October meeting.

Thank you for your consideration

Sincerely,


Henry D. Miller



. (Perhaps Cal Fire or CDF could inspect and enforce removal or reduction of fuels around and under the tree-houses to reduce the risk; similar to their annual inspections of the defensible areas around our personal residences).

CSM 002184

# Fwd: Stillpath

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▮▮▮▮▮▮▮ |
| **Date:** | 2014/03/13 10:20 |
| **Subject:** | Fwd: Stillpath |
| **Attachments:** | TEXT.htm, COIN Legal Assignment.pdf |

>>>"Bob Floyd" <bobfloyd@comcast.net> 3/12/2014 8:14 PM >>>
Dear Ellen,

We engage you as attached to work towards appealing the San Mateo County Planning
Commission vote to approve conversion of the Stillheart Institute to the Stillpath Recovery Center.

While a country club setting is terrific for employees who will work there, and the present owners
of Stillheart undoubted are relieved from the sale, introducing the Woodside area to those listed as
requiring rehabilitation will for some of them provide temptations leading to undesirable behavior.

Better to have a rehabilitation facility located in an area where temptations do not exist in the first
place.

Bob &April Floyd

CSM 002345

Mail Attachment
COIN Legal Assignment.pdf

CSM 002346

**Ellen J. Wise, Attorney at Law**
285 Allen Rd., Woodside, CA 94062
(650) 851-0131
Ellenjwise@mac.com

March 12, 2014

<u>Community of Interested Neighbors</u>
Woodside, Kings Mountain, La Honda & Skyline Blvd, CA

Re:  Engagement

Dear Interested Neighbors:

I am pleased that you have requested that I provide pro bono legal services to you, and thank you for the opportunity to be of assistance.

<u>Scope of Engagement:</u>  By means of this Agreement, you are engaging Ellen J. Wise, Attorney at Law to provide legal advice and counsel to the Community of Interested Neighbors (COIN) who will be adversely affected by San Mateo County's approval of the Stillpath Application for an Amended Use Permit.

Because I offer my services to you on a pro bono basis, I am NOT requesting, nor will I accept, any compensation, monetary or otherwise.

By signing this letter, you acknowledge that Ellen J. Wise, Attorney at Law is representing you on behalf COIN.

Sincerely,

*Ellen J Wise*

**Ellen J Wise, Attorney at Law**


The undersigned members of the Community of Interested Neighbors have read and understand this Agreement:

Name: R. Floyd                    Address: 30 Big Tree Rd, Woodside

Name: April Floyd                 Address: 30 Big Tree Rd. Woodside

Name: _____            Address: _____

Name: _____            Address: _____

CSM 002347

# Fwd: proposal for drug rehab facility on Skyline Boulevard scenic corridor

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ███████████ |
| **Date:** | 2013/12/06 08:26 |
| **Subject:** | Fwd: proposal for drug rehab facility on Skyline Boulevard scenic corridor |
| **Attachments:** | TEXT.htm |

>>>PLR <peglew@gmail.com> 12/5/2013 7:06 PM >>>
Date: December 5, 2013

To: San Mateo Country Board of Supervisors

Fr: Peggy Lew, San Mateo County, Kings Mountain Community Resident

Re: Stillheart Institute conversion to Stillpath Drug Rehab Facility

Dear Supervisors Horsley, Pine, Groom, Slocum, Tissier:

I am writing to voice my strong opposition to the proposed conversion of Stillheart Institute into a drug rehab residential facility. If allowed, Stillpath Facility, will be a detriment to the local community in the following ways (among others).
It will overburden our local **VOLUNTEER FIRE DEPARTMENT**, who are usually the first responders, and are not equipped to handle the multitude of problems that will occur with such a complicated use facility.
•**DRUG ADDICTED CLIENTS** are coming in from everywhere -- they will not be familiar with the heavily forested mountainous terrain and thus will have a high potential of getting lost in the woods, or worse, causing damage to residents property, or causing people to fear for their **SAFETY** while they perform normal activities, such as out hiking in the woods.
•the additional **TRAFFIC** will increase the liklihood of many more serious **ACCIDENTS** which is already untenable due to the high numbers of motorcycles and bicycles recreationing on roads designed for horses/oxen and now cars.
•The facility does not have the **INFRASTRUCTURE CAPACITY** to support the high number of clients as proposed, in regards to **WATER** and **SEPTIC** systems. For example, the facility will draw a huge amount of water from a water system, that was not originally intended to support. Water usage impacts the entire community supply. Many households still rely on wells and ALL households are on septic

systems.

- Customers are **TRANSITORY CLIENTS** of Stillpath (a corporation that is only interested in making a buck), rather than being a part of a vibrant community. Stillpath will **DESTROY** the look and feel of this jewel of a community.
- A drug rehab facility will have **ABSOLUTELY NO BENEFITS** whatsoever to the Kings Mountain/South Skyline communities in any way. This is an important factor for residents.

Thank you in advance for your consideration in stopping this proposal.

Sincerely yours,

Peggy Lew, Kings Mountain resident

(former Kings Mountain Volunteer Fire Brigade Board Member)

13330 Skyline Blvd, Woodside, CA 94062

CSM 002443

# Fwd: stillheart

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ████████ |
| **Date:** | 2013/12/05 10:39 |
| **Subject:** | Fwd: stillheart |
| **Attachments:** | TEXT.htm |

>>>Teresa Purzner <teresa.purzner@gmail.com> 12/5/2013 10:13 AM >>>
I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.

# Fwd: retreat/meditation facility at 16350 Skyline Boulevard

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▮▮▮▮▮▮ |
| **Date:** | 2013/12/05 10:39 |
| **Subject:** | Fwd: retreat/meditation facility at 16350 Skyline Boulevard |
| **Attachments:** | TEXT.htm |

>>>"Bob Luxenberg" <bob.luxenberg@gmail.com> 12/5/2013 10:18 AM >>>
To whom it may concern:

I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.

I have been riding my bicycle in the hills for many years and this would be a disaster; the increased traffic on 84 would result in many more accidents and deaths. This is an entirely inappropriate place for such a facility.

Regards

Bob Luxenberg

156 Alta Vista Road, Woodside

# Fwd: Reabilitation Center in Woodside

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ███████ |
| **Date:** | 2013/12/05 10:41 |
| **Subject:** | Fwd: Reabilitation Center in Woodside |
| **Attachments:** | TEXT.htm |

>>>"Antonio Massa" <antonio.massa@comcast.net> 12/5/2013 10:39 AM >>>

Dear Sir,

I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.

Dr. Antonio Massa

275 Ridgeway Road

Woodside, CA 94062

CSM 002468

# Fwd: Rehab facility at the Stillwater Institute

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ████████ |
| **Date:** | 2013/12/05 11:15 |
| **Subject:** | Fwd: Rehab facility at the Stillwater Institute |
| **Attachments:** | TEXT.htm |

>>>Chris Iverson <chris.iverson@dreyfussir.com> 12/5/2013 11:07 AM >>>

Dear Sirs,

I am a resident of Woodside, and I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.

Chris Iverson, MBADreyfus Sotheby's International Realty

2100 Sand Hill Road, Menlo Park, CA

650.450.0450

Chris.Iverson@DreyfusSIR.com

DreyfusSIR.com

License number: 01708130

CSM 002466

# Fwd: stillheart

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▓▓▓▓▓▓▓ |
| **Date:** | 2013/12/05 12:38 |
| **Subject:** | Fwd: stillheart |
| **Attachments:** | TEXT.htm |

>>>"Marguet, J M" <J.Marguet@morganstanley.com> 12/5/2013 12:21 PM >>>
I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.

Sincerely,

James Marguet

198 Romero Road

Woodside, CA 94062

James M. Marguet Senior Vice President

Financial Advisor

Morgan Stanley Wealth Management

Phone: 650 926 7654

Fax: 650 926 7673

j.marguet@morganstanley.com

—

Important Notice to Recipients:

Please do not use e-mail to request, authorize or effect the purchase or sale of any security or commodity. Unfortunately, we cannot execute such instructions provided in e-mail. Thank you.

The sender of this e-mail is an employee of Morgan Stanley Smith Barney LLC ("Morgan Stanley"). If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Erroneous transmission is not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to monitor electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers/mssbemail.html. If you cannot

access this link, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanley you consent to the foregoing.

# Fwd: Stillheart's conversion to Stillpath

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | █████████ |
| **Date:** | 2013/12/05 12:38 |
| **Subject:** | Fwd: Stillheart's conversion to Stillpath |
| **Attachments:** | TEXT.htm |

>>>Sheena Mawson <smmawson@gmail.com> 12/5/2013 12:28 PM >>>
I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.

Sincerely,

Sheena Mawson

# Fwd: oppose conversion of Stillheart to drug rehab center

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ███ |
| **Date:** | 2013/12/05 15:56 |
| **Subject:** | Fwd: oppose conversion of Stillheart to drug rehab center |
| **Attachments:** | TEXT.htm |

>>>Raymonde Guindon <rguindon@alumni.stanford.edu> 12/5/2013 1:17 PM >>>
I live at 160 Sunrise Dr., Woodside, Ca 94062

I respectfully oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.


--
Raymonde Guindon, Ph.D.

Consulting

User Interface &Software

Teaching Robotics

650-575-6984

CSM 002453

# Fwd: Citizen Objection

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | |
| **Date:** | 2013/12/05 15:57 |
| **Subject:** | Fwd: Citizen Objection |
| **Attachments:** | TEXT.htm |

>>>Jan Robb <jancrobb@gmail.com> 12/5/2013 1:36 PM >>>
I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.

CSM 002452

# Fwd: RE: PROPOSED DRUG REHAB FACILITY IN WOODSIDE

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ████████████ |
| **Date:** | 2013/12/05 15:58 |
| **Subject:** | Fwd: RE: PROPOSED DRUG REHAB FACILITY IN WOODSIDE |
| **Attachments:** | TEXT.htm |

>>>"Saqib Jang -- Margalla Communications" <saqibj@margallacomm.com> 12/5/2013 2:01 PM >>>

Dear Sirs/Madams,

I'm a long-time resident of Woodside and am very disturbed to hear about an application by

"StillHeart LLC" for an amendment to the use permit for StillHeart at 16350 Skyline Boulevard for

a 76-bed full-time, extremely low staff open-door style drug and alcohol rehabilitation

treatment center.

I completely oppose the conversion of Stillheart to a drug rehab center. If allowed,

Stillpath will be a detriment to the local community and will serve to destroy a

most precious Bay Area recreational asset.

kind regards,

Saqib Jang

Principal/Founder

Margalla Communications, Inc.

1339 Portola Road, Woodside, CA 94062

(650) 274 8745

www.margallacomm.com

# Fwd: From Resident of Skyline Blvd

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | |
| **Date:** | 2013/12/05 15:58 |
| **Subject:** | Fwd: From Resident of Skyline Blvd |
| **Attachments:** | TEXT.htm |

>>>Kei Worry <kei@worry.net> 12/5/2013 3:12 PM >>>
Dear Madam,

I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.


Thank you,


Kei Worry

20255 Skyline Blvd, Woodside, CA 94062

# Fwd: Public Hearing: Opposition to Stillpath

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▆▆▆▆▆ |
| **Date:** | 2013/12/06 08:27 |
| **Subject:** | Fwd: Public Hearing: Opposition to Stillpath |
| **Attachments:** | TEXT.htm |

>>>Benjamin Rosner <rosn0002@umn.edu> 12/5/2013 9:22 PM >>>
Dear Mrs. Tissier,

Although I am unable to attend the upcoming public hearing on Dec. 11 due to work obligations, as a member of the Skyline and Kings Mountain community, I would like to make my voice heard that I oppose the conversion of Stillheart to a drug rehabilitation center. If the conversion is allowed, Stillpath will be a detriment to the local community, and will serve to substantially threaten a precious Bay Area recreational asset. I'm sure you don't need a litany of justifications in your inbox as there are plenty of loud voices out there - but I would be pleased to elaborate upon both the argument and the evidence if it would help for the public hearing.

Kindly,

Ben Rosner, M.D., Ph.D.

CSM 002441

# Fwd: Stillpath

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ▇▇▇▇▇▇ |
| **Date:** | 2013/12/06 08:27 |
| **Subject:** | Fwd: Stillpath |
| **Attachments:** | TEXT.htm |

>>>Janis Mattox <janismattox@prodigy.net> 12/5/2013 10:29 PM >>>
We oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset.Janis Mattox and Loren Rush

16995 Skyline

CSM 002440

# Fwd: stillpath drug rehab center

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | |
| **Date:** | 2013/12/11 10:14 |
| **Subject:** | Fwd: stillpath drug rehab center |
| **Attachments:** | TEXT.htm |

>>>Sharon <sherryjohnson@comcast.net> 12/11/2013 10:06 AM >>>
Adrienne Tissier,

We oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset!!

Regards,
Michael and Sharon Johnson
123 Skylonda Dr.
Woodside

CSM 002429

# Fwd: Oppose conversion of Stillheart to a drug rehab center

| | |
|---|---|
| **From:** | Adrienne Tissier |
| **To:** | ████████ |
| **Date:** | 2013/12/11 12:35 |
| **Subject:** | Fwd: Oppose conversion of Stillheart to a drug rehab center |
| **Attachments:** | TEXT.htm |

>>>"Peter Markstein" <peter@markstein.org> 12/11/2013 11:02 AM >>>

I oppose the conversion of Stillheart to a drug rehab center. If allowed, Stillpath will be a detriment to the local community and will serve to destroy a most precious Bay Area recreational asset. It will lead to more traffic on the already accident prone Skyline Boulevard and create a fire hazard in the forest surrounding the proposed rehab facility.

Peter Markstein

160 Redland Road

Woodside, CA 94062

peter@markstein.org

# Stillpath

| | |
|---|---|
| **From:** | Rich Shapero <rich@tfim.com> |
| **To:** | Adrienne Tissier |
| **Date:** | 2014/01/25 13:21 |
| **Subject:** | Stillpath |
| **Attachments:** | TEXT.htm |

Adrienne,

On the basis of the passion you've expressed for the quality of life in our County, I am reaching out to you in opposition to the proposed rehab facility, Stillpath.

Rehab is important. We need to do everything we can to help recovering addicts. But I believe the Skyline scenic area is a very bad location for a rehab facility. My concerns center around 1) the issue of impact to a precious scenic area, and 2) policing in the event rehab patients go AWOL.

1. The Skyline scenic area is a big part of the reason we live in San Mateo County. People come to Skyline to bicycle, hike and otherwise put the stresses of urban life behind them. Our coastal redwoods are the tallest trees in the world, and in our area they grow chiefly above 1,700 feet elevation—on and around the Skyline ridge. They were clearcut 150 years ago, but they're back with us now. We should be looking forward a thousand years—to the day when these trees are once again 15-20 feet in diameter. Skyline is a very special place. It has the potential to be a spectacular place over time--an inspiration to future generations. It's our duty to be responsible stewards of this treasure.

Chris Ranken was quoted in the SJ Merc-News, saying that Skyline is "a perfect place" for drug addicts. This is a strangely contemptuous view of the area. On that basis, maybe we should be locating our high-security mental hospitals in Yosemite. Rehab facilities are important, but why would we put one in the middle of this scenic area?

2. Policing. On average, drug addicts require eight stays in rehab to kick their habits. Those are the statistics. Most stays in rehab are unsuccessful. And not all rehab patients are sincere. Many enter rehab to satisfy legal requirements or pressures from family. What happens if a patient in rehab leaves Stillpath? We have experience with mentally unstable people being loose in the Skyline woods, and it's a terrible situation. Our sheriffs are capable and responsive, but finding someone in the woods is very difficult. Encounters with residents, hikers, bicyclers and other unsuspecting people could be tragic. The Planning Commission demonstrated a ridiculous naiveté

CSM 002401

in failing to investigate this issue. Drug addicts can be dangerous. Someone going through the agonies of withdrawal may consider it necessary and justifiable to commit a violent crime. There couldn't be a worse place to put an addict than in the Skyline scenic area.

Don Horsely is supporting our opposition to this ill-conceived proposal. We need your vote, Adrienne.

Thanks for your attention,

Rich

--
Rich Shapero
TFIM
P. O. Box 1878
San Mateo, CA 94401
Phone: (650) 529-2302
email: rich@tfim.com

CSM 002402