1  JAMES M. WAGSTAFFE (95535)
   MICHAEL VON LOEWENFELDT (178665)
2  MARIA RADWICK (253780)
   MELISSA PERRY (305600)
3  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
4  San Francisco, CA 94105–1727
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500
   Email: wagstaffe@kerrwagstaffe.com
6  Email: mvl@kerrwagstaffe.com
   Email: radwick@kerrwagstaffe.com
7  Email: perry@kerrwagstaffe.com

8  JOHN C. BEIERS, COUNTY COUNSEL (144282)
   DAVID A. SILBERMAN, CHIEF DEPUTY (211708)
9  KIMBERLY MARLOW, DEPUTY (130342)
   OFFICE OF THE COUNTY COUNSEL
10 400 County Center, 6th Floor
   Redwood City, CA 94063
11 Telephone: (650) 363-4757
   Fax: (650) 363-4034
12 Email: jbeiers@smcgov.org
   Email: dsilberman@smcgov.org
13 Email: kmarlow@smcgov.org

14 Attorneys for Defendant
   COUNTY OF SAN MATEO

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  STILLPATH RETREAT CENTER LLC, a California limited liability company, | Case No. 15-cv-01386-MMC |
| 19              Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT-IN-INTERVENTION, WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| 20  and | |
| 21  | |
| 22  AMERICAN ADDICTION CENTERS, INC., a Nevada corporation, | |
| 23              Plaintiff-Intervenor, | |
| 24      v. | |
| 25  | |
| 26  COUNTY OF SAN MATEO, a California municipality, | |
| 27              Defendant, | |
| 28  | |

**STIPULATION**

Pursuant to the settlement agreement between Defendant County of San Mateo and Intervenor American Addiction Centers, Inc. (attached herein as Attachment A), IT IS HEREBY STIPULATED by and between Defendant and Intervenor, through their attorneys of record, that the action filed by American Addiction Centers, Inc. be dismissed, with prejudice, with each side to bear its own fees and costs incurred in this lawsuit.

Dated: January 26, 2017                    **KERR & WAGSTAFFE LLP**

                                           By: /s/ James M. Wagstaffe
                                               JAMES M. WAGSTAFFE

                                           Attorney for Defendant
                                           COUNTY OF SAN MATEO


Dated: January 26, 2017                    **BEACH COWDREY OWEN LLP**

                                           By: /s/ Darryl Hottinger
                                               DARRYL HOTTINGER

                                           Attorney for Intervenor
                                           AMERICAN ADDICTION CENTERS, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: January 30, 2017                    [signature]
                                           HON. MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT JUDGE

